IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEVEN CODY-OBAMA
ADC #145160                                                                                        PLAINTIFF

v.                             Case No. 4:22-cv-00203-KGB

DEXTER PAYNE, Director, ADC, *et al.*                                                  DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). On March 3, 2022, Judge Volpe entered an Order denying plaintiff Steven Cody-Obama's motion for leave to proceed *in forma pauperis* based on his status as a three-striker under the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g) *et seq.*, and his failure to satisfy the imminent danger exception (Dkt. No. 3). Judge Volpe directed Mr. Cody-Obama to pay the $402.00 statutory and administrative filing fee by March 24, 2022, and advised him that "[f]ailure to do so will result in a recommendation that this action be dismissed without prejudice" (*Id.*, at 3). After the March 24, 2022, deadline passed and after Mr. Cody-Obama failed to comply or otherwise respond to the Court's Order, Judge Volpe submitted the present Recommendations recommending that Mr. Cody-Obama's complaint be dismissed without prejudice (Dkt. No. 4). Mr. Cody-Obama filed objections to the Recommendations (Dkt. No. 5).

In his objections, Mr. Cody-Obama asserts that he is in imminent danger and that "everything stated in [his] complaint is true/accurate." (*Id.*, at 1). The allegations in Mr. Cody-Obama's complaint stem from a December 2020 incident in which separate defendant LaFayette allegedly made derogatory and vulgar comments to Mr. Cody-Obama due to his sexual orientation (Dkt. No. 2). Mr. Cody-Obama alleges that the other named defendants failed to investigate his

allegations against LaFayette and that he "feel[s] that [he] is in 'imminent danger' as a result because [he] can't get anyone to address the seriousness of the incident." (*Id.*, at 5). He alleges that when LaFayette is working, he fears "accepting [his] chow trays because I don't trust her and feel my life is in danger." (*Id.*, at 6).

As Judge Volpe noted in his prior Order, Mr. Cody-Obama's allegations are similar to those previously rejected in *Cody-Obama v. Gibson et al.*, Case No. 4:21-cv- 606-JM (Dkt. No. 3, at 3). The Court concurs with Judge Volpe's assessment that such allegations are too vague to establish that Mr. Cody-Obama is currently in imminent danger of serious physical injury (*Id.*). Moreover, there is no indication on the record before the Court that Mr. Cody-Obama paid the filing fee or otherwise complied with Judge Volpe's March 3, 2022, Order. *See* Local Rule 5.5(c) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). Upon a *de novo* review of the record, including the Recommendations, Mr. Cody-Obama's objections break no new ground and fail to rebut the Recommendations.

Accordingly, after careful consideration of the Recommendations, Mr. Cody-Obama's objections, and a *de novo* review of the record, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 4).

It is therefore ordered that:

1. Mr. Cody-Obama's complaint is dismissed without prejudice (Dkt. No. 2).

2. Mr. Cody-Obama has 30 days from the date of this Order in which to reopen his case by paying the $402.00 filing and administrative fees in full and filing a motion to reopen that

references this case.

      3.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

      It is so ordered this 20th day of July, 2023.

                                                                _____
                                                               Kristine G. Baker
                                                               United States District Judge