IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN CODY-OBAMA**
**ADC #145160**                                                                                    **PLAINTIFF**

v.                               Case No. 4:22-cv-00203-KGB

**DEXTER PAYNE, Director, ADC,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Steven Cody-Obama's complaint is dismissed. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 20th day of July, 2023.

_____
Kristine G. Baker
United States District Judge